[No. 59953-4-I.   Division One.   April 21, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. A.D.M.,
*Appellant.*

Appeal from a judgment of the Superior Court for Skagit
County, No. 05-8-00514-3, Susan K. Cook, J., entered August 24, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 60052-4-I.   Division One.   April 21, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. C.I., *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 06-8-02834-3, Philip G. Hubbard, Jr., J., entered May 21, 2007. *Affirmed* by unpublished per curiam
opinion.

[No. 60064-8-I.   Division One.   April 21, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. A.J.P., *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 07-8-00696-8, Johanna Bender, J. Pro Tem.,
entered May 15, 2007. *Affirmed* by unpublished per curiam
opinion.

[No. 60091-5-I.   Division One.   April 21, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. N.P.G., *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 06-8-04748-8, Carol A. Schapira, J., entered
May 2, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 60116-4-I.   Division One.   April 21, 2008.]

*In the Matter of the Marriage of* BRIAN M. SMITH,
*Respondent*, and SUSAN D. RUBSTELLO, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 97-3-08052-9, Glenna Hall, J., entered May 9,
2007. *Affirmed in part* and *remanded* by unpublished per
curiam opinion.